UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
   §
CHEE K YUNG § Case No. 13-41144
JODY A BOUCHER YUNG §
   §
   §
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/N. Neville Reid, Trustee_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-41144 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHEE K YUNG | | | | Date Filed (f) or Converted (c): | 10/21/2013 (f) |
| | JODY A BOUCHER YUNG | | | | 341(a) Meeting Date: | 12/05/2013 |
| For Period Ending: | 10/29/2014 | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - 5534 S Trumbull Ave.  5534 S Trumbull Ave. Chicago, IL Value set by a CMA from Oct 2013 less 10% cost of sale. | 65,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - 5528 S. Trumbull Ave.  5528 S. Trumbull Ave. Debtors own 2/3, brother in law owns 1/3. Value set by a CMA from Oct 2013 less 10% cost of sale. | 17,160.00 | 15,500.00 | | 15,500.00 | FA |
| 3. FINANCIAL ACCOUNTS - Park Federal  Park Federal Checking | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS - Park Federal  Park Federal Checking | 100.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS - Chase  Chase Checking | 58.00 | 0.00 | | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS - Park Federal Savings  Park Federal Savings | 250.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS  Various used household goods and possessions | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS/COLLECTIBLES  Various used books and family photos | 50.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL  Various used clothes | 400.00 | 0.00 | | 0.00 | FA |
| 10. INSURANCE POLICIES  Modern Woodman Life Insurance Whole Life. [W] Cash Surrender Value | 8,259.00 | 0.00 | | 0.00 | FA |
| 11. RETIREMENT PLANS - ROTH IRA  Roth IRA Janus [W] | 2,587.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-41144 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHEE K YUNG | | | | Date Filed (f) or Converted (c): | 10/21/2013 (f) |
| | JODY A BOUCHER YUNG | | | | 341(a) Meeting Date: | 12/05/2013 |
| For Period Ending: | 10/29/2014 | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. RETIREMENT PLANS - JANUS IRA | 3,557.00 | 0.00 | | 0.00 | FA |
| Janus Traditional IRA [W] | | | | | |
| 13. RETIREMENT PLANS - FRANKLIN IRA | 9,844.00 | 0.00 | | 0.00 | FA |
| Franklin Templeton Traditional IRA [W] | | | | | |
| 14. RETIREMENT PLANS - IRA | 3,498.00 | 0.00 | | 0.00 | FA |
| Select Funds Traditional IRA [W] | | | | | |
| 15. RETIREMENT PLANS - VANGUARD 401K | 38,805.00 | 0.00 | | 0.00 | FA |
| Vanguard 401k Weyerhasuser [W] | | | | | |
| 16. RETIREMENT PLANS - VANGUARD ROLLOVER IRA | 94.00 | 0.00 | | 0.00 | FA |
| Vanguard Rollover IRA [W] | | | | | |
| 17. RETIREMENT PLANS - JANUS ROTH IRA | 1,814.00 | 0.00 | | 0.00 | FA |
| Janus Roth IRA [H] | | | | | |
| 18. RETIREMENT PLANS - JANUS IRA | 1,187.00 | 0.00 | | 0.00 | FA |
| Janus Traditional IRA [H] | | | | | |
| 19. RETIREMENT PLANS - VANGUARD IRA | 61,869.00 | 0.00 | | 0.00 | FA |
| Vanguard IRA [H] | | | | | |
| 20. RETIREMENT PLANS - VANGUARD ROTH IRA | 2,500.00 | 0.00 | | 0.00 | FA |
| Vanguard Roth IRA [H] | | | | | |
| 21. RETIREMENT PLANS - TRINITY | 2,400.00 | 0.00 | | 0.00 | FA |
| Trinity Health Retirement Savings Plan - 403B - $2,400.00 | | | | | |
| 22. VEHICLES - HONDA | 10,000.00 | 0.00 | | 0.00 | FA |
| 2009 Honda Odyssey. Valued based on Carmax Valuation | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-41144 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHEE K YUNG | | | | Date Filed (f) or Converted (c): | 10/21/2013 (f) |
| | JODY A BOUCHER YUNG | | | | 341(a) Meeting Date: | 12/05/2013 |
| For Period Ending: | 10/29/2014 | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23.  VEHICLES - CHEVROLET | 1,421.00 | 0.00 | | 0.00 | FA |
| 1993 Chevrolet G20 Van.  Value Based on KBB 10/15/13 | | | | | |
| 24.  VEHICLES - TOYOTA | 2,219.00 | 0.00 | | 0.00 | FA |
| 1993 Toyota Corolla LE. Value based on KBB Oct 2013 | | | | | |
| 25.  VOID                              (u) | Unknown | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)         $236,872.00         $15,500.00         $15,500.00         $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case status April 2014:  Closing sale of debtor's 2/3 interest in real property per court approval.

Initial Projected Date of Final Report (TFR): 05/01/2016       Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-41144  
Case Name: CHEE K YUNG  
JODY A BOUCHER YUNG  
Taxpayer ID No: XX-XXX4895  
For Period Ending: 10/29/2014  

Trustee Name: N. Neville Reid, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5237  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | 2 | KIEN K. YUNG  2/3 interest in an investment property5528 South TrumbullChicago, IL 60629 | 2/3 Property Value Purchase of Debtors 2/3 interest in an investment property at 5528 South Trumbull, Chicago, IL 60629 | 1110-000 | $15,500.00 | | $15,500.00 |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term:  02/01/14 to 02/01/15 | 2300-000 | | $6.91 | $15,493.09 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $15,483.09 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.28 | $15,460.81 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.99 | $15,437.82 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.21 | $15,415.61 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.92 | $15,392.69 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.88 | $15,369.81 |
| 09/26/14 | 300002 | Legal Runners, Inc. 53 West Jackson Blvd. Suite 609 Chicago, IL  60604  312-291-0970 | Filing/Recording Fees for 5528 S. Trumbull:  City Water Fee; County/State Stamp; City CTA Stamp and County Recording Fee | 2990-000 | | $290.00 | $15,079.81 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.11 | $15,057.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Page Subtotals:        $15,500.00        $442.30

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,500.00 | $442.30 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,500.00 | $442.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,500.00 | $442.30 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5237 - Checking Account (Non-Interest Earn | $15,500.00 | $442.30 | $15,057.70 |
| | $15,500.00 | $442.30 | $15,057.70 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,500.00 |
| Total Gross Receipts: | $15,500.00 |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-41144
Case Name: CHEE K YUNG
           JODY A BOUCHER YUNG
Trustee Name: N. Neville Reid, Trustee

    Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ | $ | $ |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses         $_____

    Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 2 | DISCOVER BANK | $ | $ | $ |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 4 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE