**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 13-41144 |
| Chee K. Yung and | **)** | |
| Jody A. Boucher Yung, | **)** | Hon. Jacqueline P. Cox |
| | **)** | |
| Debtors. | **)** | **Date: December 11, 2014** |
| | **)** | **Time: 9:30 a.m.** |

**CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on **November 19, 2014**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 33]; **Trustee's Final Application for Compensation** [Dkt. 32]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 31], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

                                                */s/ N. Neville Reid*
                                                N. Neville Reid

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

David H Cutler on behalf of Debtor Chee K Yung
cutlerfilings@gmail.com

David H Cutler on behalf of Joint Debtor Jody A Boucher Yung
cutlerfilings@gmail.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Parties to receive notice via first-class U.S. mail postage prepaid:**

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>P.O. BOX 300116<br>GENERAL WARREN BLVD<br>MALVERN, PA 19355-1245 | CAPITAL 1 BANK ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | DEPARTMENT OF THE TREASURE<br>FINANCIAL MGT. SERVICES<br>P.O. BOX 830794<br>BIRMINGHAM, AL 35283-0794 |
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORATE<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | DISCOVER BANK DB SERVICING CORPORATION<br>P.O. BOX 3025<br>NEW ALBANY, OH  43054-3025 |
| AMERICAN HONDA FINANCE P.O. BOX 168088<br>IRVING TX 75016-8088 | CHARTER 1 CC<br>1000 LAFAYETTE BLVD<br>BRIDGEPORT, CT 06604-4725 | DISCOVER FIN SVCS LLC<br>P.O. BOX 15316<br>WILMINGTON, DE 19850-5316 |
| AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA<br>P.O. BOX 248866<br>OKLAHOMA CITY, OK  73124-8866 | CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE 19850-5298 | DSNB MACYS<br>9111 DUKE BLVD<br>MASON, OH 45040-8999 |
| AMEX DSNB<br>9111 DUKE BLVD<br>MASON, OH 45040-8999 | CHASE<br>P.O. BOX 24696<br>COLUMBUS, OH 43224-0696 | GECRB/JC PENNY ATTENTION: BANKRUPTCY<br>P.O. BOX 103104<br>ROSWELL, GA 30076-9104 |

BANC OKLAHOMA MTG CORP
7060 S YALE AVE.
TULSA, OK 74136-5716

CHASE BK USA/CARD SERVICES
ATTN: BANKRUPTCY DEPT
P.O. BOX 15298
WILMINGTON, DE 19850-5298

GECRB/TYDC
P.O. BOX 965005
ORLANDO, FL 32896-5005

BANK OF AMERICA
P.O. BOX 982238
EL PASO TX 79998-2238

CHEE K YUNG
5534 S TRUMBULL AVE.
CHICAGO, IL 60629-3116

HSBC BANK
P.O. BOX 30253
SALT LAKE CITY, UT 84130-0253

BLATT HASSEN MILLER
125 S WACKER DR #400
CHICAGO, IL 60606-4440

CITI
P.O. BOX 6241
SIOUX FALLS, SD 57117-6241

HSBC/BSTBY
1405 FOULK ROAD
WILMINGTON, DE 19803-2769

CAP ONE
P.O. BOX 30253
SALT LAKE CITY, UT 84130-0253

CITIBANK
P.O. BOX 790034
ST LOUIS MO 63179-0034

HSBC/CARSN
P.O. BOX 15521
WILMINGTON, DE 19850-5521

CAP1/MNRDS
P.O. BOX 30253SALT LAKE CITY, UT 84130-0253

DAVID H CUTLER
CUTLER & ASSOCIATES, LTD.
4131 MAIN ST.
SKOKIE, IL 60076-2780

JODY A BOUCHER YUNG
5534 S TRUMBULL AVE.
CHICAGO, IL 60629-3116

KOHLS/CAPONE
P.O. BOX 3115
MILWAUKEE, WI 53201-3115

PYOD, LLC ITS SUCCESSORS &
AS ASSIGNEE OF CITIBANK,
N.A. RESURGENT CAPITAL
SERVICES
PO BOX 19008
GREENVILLE, SC 29602

SEARS/CBNA
P.O. BOX 6282
SIOUX FALLS, SD 57117-6282

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE, REGION 11
219 S DEARBORN ST. #873
CHICAGO, IL 60604-2027

RNB-FIELDS3/MACY'S
BANKRUPTCY DEPARTMENT
P.O. BOX 8053
MASON, OH 45040-8053

TD BANK USA/TARGET CRED
3701 WAYZATA BLVD
MINNEAPOLIS, MN 55416-3401

PORTFOLIO RECOVERY
ASSOCIATES, LLC SUCCESSOR TO
CAPITAL ONE, NATIONAL ASSOC.
PO BOX 41067
NORFOLK, VA 23541

SAMS CLUB / GEMB
ATTENTION:  BANKRUPTCY
DEPARTMENT
P.O. BOX 103104
ROSWELL, GA 30076-9104

3