UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                       §
                                             §
CHEE K YUNG                                  §    Case No. 13-41144
JODY A BOUCHER YUNG                          §
                                             §
                                             §
         Debtor(s)                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  219 S. Dearborn Street
                  Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/11/2014 in Courtroom 680,
                United States Bankruptcy Court
                219 South Dearborn Street
                Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2014            By: /s/ N. Neville Reid
                                       Chapter 7 Trustee


*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CHEE K YUNG § Case No. 13-41144
JODY A BOUCHER YUNG §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,500.00 |
| and approved disbursements of | $ | 442.30 |
| leaving a balance on hand of[1] | $ | 15,057.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 2,300.00 | $ 0.00 | $ 2,300.00 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 8,655.00 | $ 0.00 | $ 8,655.00 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 264.70 | $ 0.00 | $ 264.70 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.91 | $ 6.91 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,219.70 |
| Remaining Balance | | $ | 3,838.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,959.49  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 16,772.77 | $ 0.00 | $ 1,038.97 |
| 2 | DISCOVER BANK | $ 14,531.16 | $ 0.00 | $ 900.11 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ 6,606.36 | $ 0.00 | $ 409.22 |
| 4 | CAPITAL RECOVERY V, LLC | $ 9,850.43 | $ 0.00 | $ 610.17 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 13,506.12 | $ 0.00 | $ 836.62 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 692.65 | $ 0.00 | $ 42.91 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,838.00 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                           Case No. 13-41144-JPC
Chee K Yung                                                      Chapter 7
Jody A Boucher Yung
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal              Page 1 of 2                   Date Rcvd: Nov 21, 2014
                              Form ID: pdf006             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2014.
db/jdb         +Chee K Yung,    Jody A Boucher Yung,    5534 S Trumbull Ave.,    Chicago, IL 60629-3116
21129343       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21742294        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21129345       +Amex Dsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
21129347      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
21129346       +Bancoklahoma Mtg Corp,    7060 S Yale Ave,    Tulsa, OK 74136-5716
21129351       +Blatt Hassenmiller,    125 S Wacker Dr #400,    Chicago, IL 60606-4440
21129367      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
21129352       +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
21129353       +Cap1/mnrds,    Po Box 30253,   Salt Lake City, UT 84130-0253
21129354       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21129355       +Charter 1 Cc,    1000 Lafayette Blv,    Bridgeport, CT 06604-4725
21129357       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21129356       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21129364       +Chase Bk USA/Card Services,    Attn: Bankruptcy Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
21129365       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21129370       +Deptartment of the Treasure,    Financial Mgt. Services,    Po Box 830794,
                 Birmingham, AL 35283-0794
21129372       +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
21129376       +Hsbc Bank,    Po Box 30253,   Salt Lake City, UT 84130-0253
21129377       +Hsbc/bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
21129378       +Hsbc/carsn,    Po Box 15521,   Wilmington, DE 19850-5521
21959809      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE, NATIONAL,    ASSOCIATION,   PO Box 41067,    Norfolk, VA 23541)
21129380       +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
21129383       +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
21129385       +Td Bank Usa/targetcred,    3701 Wayzata Blvd,   Minneapolis, MN 55416-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21129344        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 22 2014 01:48:37     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
21546566        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2014 01:55:52
                 American InfoSource LP as agent for,    TD Bank, USA,   PO Box 248866,
                 Oklahoma City, OK   73124-8866
21852432        E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2014 01:53:47     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21551293        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2014 01:55:30     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
21129371       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2014 01:55:30     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
21129373       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:53:46     GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
21129375       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:55:09     Gecrb/tydc,   Po Box 965005,
                 Orlando, FL 32896-5005
21129379       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2014 01:47:30     Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
21894159       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2014 01:56:15
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
21129382       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:56:16     Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21129348*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
21129349*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
21129350*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
21129368*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
21129369*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                  Date Rcvd: Nov 21, 2014
                              Form ID: pdf006             Total Noticed: 35

            ***** BYPASSED RECIPIENTS (continued) *****
21129386*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Unvl/citi,    Attn.: Centralized  Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195)
21129387*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Unvl/citi,    Attn.: Centralized  Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195)
21129358*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21129359*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21129360*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21129361*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21129362*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21129363*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21129366*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21129374*      +GECRB/JC Penny,    Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21129381*      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
21129384*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
                                                                                               TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2014 at the address(es) listed below:
```
              David H Cutler    on behalf of Joint Debtor Jody A Boucher Yung cutlerfilings@gmail.com
              David H Cutler    on behalf of Debtor Chee K Yung cutlerfilings@gmail.com
              N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
              N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,   bkdocket@fslc.com,
               kgoin@fslc.com,abouse@fslc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan T Schultz    on behalf of Trustee N. Neville Reid rschultz@fslc.com,   bkdocket@fslc.com,
               abouse@fslc.com
                                                                                               TOTAL: 6
```