# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHEE K YUNG | § | Case No. 1:13-41144-JPC |
| JODY A BOUCHER YUNG | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 45,899.00 *(Without deducting any secured claims)* | Assets Exempt: 173,813.00 |
| Total Distributions to Claimants: 3,838.00 | Claims Discharged Without Payment: 171,614.49 |
| Total Expenses of Administration: 11,662.00 | |

3) Total gross receipts of $ 15,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 47,824.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,655.09 | 11,662.00 | 11,662.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,575.00 | 61,959.49 | 61,959.49 | 3,838.00 |
| **TOTAL DISBURSEMENTS** | $ 144,399.00 | $ 73,614.58 | $ 73,621.49 | $ 15,500.00 |

    4)  This case was originally filed under chapter 7 on 10/21/2013. The case was pending for 30 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2016              By:/s/N. Neville Reid, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE - 5528 S. Trumbull Ave. | 1110-000 | 15,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 47,824.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 47,824.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 2,300.00 | 2,300.00 | 2,300.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 0.00 | 6.91 | 6.91 |
| ASSOCIATED BANK | 2600-000 | NA | 145.39 | 145.39 | 145.39 |
| Legal Runners, Inc. | 2990-000 | NA | 290.00 | 290.00 | 290.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 8,655.00 | 8,655.00 | 8,655.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3120-000 | NA | 264.70 | 264.70 | 264.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,655.09 | $ 11,662.00 | $ 11,662.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 6,606.00 | NA | NA | 0.00 |
| | American Honda Finance Po Box 168088 Irving, TX 75016 | | 0.00 | NA | NA | 0.00 |
| | Amex Dsnb 9111 Duke Blvd Mason, OH 45040 | | 1,403.00 | NA | NA | 0.00 |
| | Bancoklahoma Mtg Corp 7060 S Yale Ave Tulsa, OK 74136 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Cap1/mnrds Po Box 30253 Salt Lake City, UT 84130 | | 653.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Charter 1 Cc 1000 Lafayette Blv Bridgeport, CT 06604 | | 0.00 | NA | NA | 0.00 |
| | Chase Bk USA/Card Services Attn: Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 15,922.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 13,386.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Deptartment of the Treasure Financial Mgt. Services Po Box 830794 Birmingham, AL 35283 | | 11,668.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/tydc Po Box 965005 Orlando, FL 32896 | | 9,850.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bstby 1405 Foulk Road Wilmington, DE 19808 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 6,181.00 | NA | NA | 0.00 |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 6,606.36 | 6,606.36 | 409.22 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 16,375.00 | 16,772.77 | 16,772.77 | 1,038.97 |
| 4 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 9,850.43 | 9,850.43 | 610.17 |
| 2 | DISCOVER BANK | 7100-000 | 14,531.00 | 14,531.16 | 14,531.16 | 900.11 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 692.65 | 692.65 | 42.91 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 13,506.12 | 13,506.12 | 836.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 96,575.00 | $ 61,959.49 | $ 61,959.49 | $ 3,838.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-41144 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | CHEE K YUNG | | | | | Date Filed (f) or Converted (c): | 10/21/2013 (f) |
| | JODY A BOUCHER YUNG | | | | | 341(a) Meeting Date: | 12/05/2013 |
| For Period Ending: | 04/19/2016 | | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - 5534 S Trumbull Ave.<br><br>5534 S Trumbull Ave. Chicago, IL Value set by a CMA from Oct 2013 less 10% cost of sale. | 65,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - 5528 S. Trumbull  Ave.<br><br>5528 S. Trumbull  Ave. Debtors own 2/3, brother in law owns 1/3.  Value set by a CMA from Oct 2013 less 10% cost of sale. | 17,160.00 | 15,500.00 | | 15,500.00 | FA |
| 3. FINANCIAL ACCOUNTS - Park Federal<br><br>Park Federal Checking | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS - Park Federal<br><br>Park Federal Checking | 100.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS - Chase<br><br>Chase Checking | 58.00 | 0.00 | | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS - Park Federal Savings<br><br>Park Federal Savings | 250.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS<br><br>Various used household goods and possessions | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS/COLLECTIBLES<br><br>Various used books and family photos | 50.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL<br><br>Various used clothes | 400.00 | 0.00 | | 0.00 | FA |
| 10. INSURANCE POLICIES<br><br>Modern Woodman Life Insurance Whole Life.   [W] Cash Surrender Value | 8,259.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-41144 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHEE K YUNG | | | | Date Filed (f) or Converted (c): | 10/21/2013 (f) |
| | JODY A BOUCHER YUNG | | | | 341(a) Meeting Date: | 12/05/2013 |
| For Period Ending: | 04/19/2016 | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. RETIREMENT PLANS - ROTH IRA<br><br>Roth IRA Janus [W] | 2,587.00 | 0.00 | | 0.00 | FA |
| 12. RETIREMENT PLANS - JANUS IRA<br><br>Janus Traditional IRA [W] | 3,557.00 | 0.00 | | 0.00 | FA |
| 13. RETIREMENT PLANS - FRANKLIN IRA<br><br>Franklin Templeton Traditional IRA [W] | 9,844.00 | 0.00 | | 0.00 | FA |
| 14. RETIREMENT PLANS - IRA<br><br>Select Funds Traditional IRA [W] | 3,498.00 | 0.00 | | 0.00 | FA |
| 15. RETIREMENT PLANS - VANGUARD 401K<br><br>Vanguard 401k Weyerhasuser [W] | 38,805.00 | 0.00 | | 0.00 | FA |
| 16. RETIREMENT PLANS - VANGUARD ROLLOVER IRA<br><br>Vanguard Rollover IRA [W] | 94.00 | 0.00 | | 0.00 | FA |
| 17. RETIREMENT PLANS - JANUS ROTH IRA<br><br>Janus Roth IRA [H] | 1,814.00 | 0.00 | | 0.00 | FA |
| 18. RETIREMENT PLANS - JANUS IRA<br><br>Janus Traditional IRA [H] | 1,187.00 | 0.00 | | 0.00 | FA |
| 19. RETIREMENT PLANS - VANGUARD IRA<br><br>Vanguard IRA [H] | 61,869.00 | 0.00 | | 0.00 | FA |
| 20. RETIREMENT PLANS - VANGUARD ROTH IRA<br><br>Vanguard Roth IRA [H] | 2,500.00 | 0.00 | | 0.00 | FA |
| 21. RETIREMENT PLANS - TRINITY<br><br>Trinity Health Retirement Savings Plan - 403B - $2,400.00 | 2,400.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-41144 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHEE K YUNG | | | | Date Filed (f) or Converted (c): | 10/21/2013 (f) |
| | JODY A BOUCHER YUNG | | | | 341(a) Meeting Date: | 12/05/2013 |
| For Period Ending: | 04/19/2016 | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. VEHICLES - HONDA | 10,000.00 | 0.00 | | 0.00 | FA |
| 2009 Honda Odyssey. Valued based on Carmax Valuation | | | | | |
| 23. VEHICLES - CHEVROLET | 1,421.00 | 0.00 | | 0.00 | FA |
| 1993 Chevrolet G20 Van. Value Based on KBB 10/15/13 | | | | | |
| 24. VEHICLES - TOYOTA | 2,219.00 | 0.00 | | 0.00 | FA |
| 1993 Toyota Corolla LE. Value based on KBB Oct 2013 | | | | | |
| 25. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $236,872.00 | $15,500.00 | $15,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case status April 2015: Closed sale of debtor's 2/3 interest in real property per court approval.
TFR approved, distributions made to creditors, and TDR being prepared.

Status March 28, 2016: We will file TDR by 6/30/16.

Initial Projected Date of Final Report (TFR): 05/01/2016    Current Projected Date of Final Report (TFR): 12/31/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-41144 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | CHEE K YUNG | Bank Name: | Associated Bank |
| | JODY A BOUCHER YUNG | Account Number/CD#: | XXXXXX5237 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX4895 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | 2 | KIEN K. YUNG<br>2/3 interest in an investment property5528 South TrumbullChicago, IL 60629 | 2/3 Property Value Purchase of Debtors 2/3 interest in an investment property at 5528 South Trumbull, Chicago, IL 60629 | 1110-000 | $15,500.00 | | $15,500.00 |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA  70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $6.91 | $15,493.09 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $15,483.09 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.28 | $15,460.81 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.99 | $15,437.82 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.21 | $15,415.61 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.92 | $15,392.69 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.88 | $15,369.81 |
| 09/26/14 | 300002 | Legal Runners, Inc.<br>53 West Jackson Blvd.<br>Suite 609<br>Chicago, IL  60604<br><br>312-291-0970 | Filing/Recording Fees for 5528 S. Trumbull:  City Water Fee; County/State Stamp; City CTA Stamp and County Recording Fee | 2990-000 | | $290.00 | $15,079.81 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.11 | $15,057.70 |

Page Subtotals:  $15,500.00  $442.30

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-41144 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | CHEE K YUNG | Bank Name: | Associated Bank |
| | JODY A BOUCHER YUNG | Account Number/CD#: | XXXXXX5237 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX4895 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.41 | $15,035.29 |
| 11/19/14 | | Associated Bank | Refund of Bank Service Charge | 2600-000 | | ($22.41) | $15,057.70 |
| 12/15/14 | 300003 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL  60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,300.00 | $12,757.70 |
| 12/15/14 | 300004 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois  60606 | Distribution | | | $8,919.70 | $3,838.00 |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Final distribution representing a payment of 100.00 % per court order. | ($8,655.00) | 3110-000 | | |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Final distribution representing a payment of 100.00 % per court order. | ($264.70) | 3120-000 | | |
| 12/15/14 | 300005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Final distribution to claim 1 representing a payment of 6.19 % per court order. | 7100-000 | | $1,038.97 | $2,799.03 |
| 12/15/14 | 300006 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 2 representing a payment of 6.19 % per court order. | 7100-000 | | $900.11 | $1,898.92 |
| 12/15/14 | 300007 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 3 representing a payment of 6.19 % per court order. | 7100-000 | | $409.22 | $1,489.70 |
| 12/15/14 | 300008 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 4 representing a payment of 6.19 % per court order. | 7100-000 | | $610.17 | $879.53 |

Page Subtotals: $0.00  $14,178.17

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-41144 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: CHEE K YUNG | Bank Name: Associated Bank |
| JODY A BOUCHER YUNG | Account Number/CD#: XXXXXX5237 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4895 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/14 | 300009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 5 representing a payment of 6.19 % per court order. | 7100-000 | | $836.62 | $42.91 |
| 12/15/14 | 300010 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO CAPITAL ONE, NATIONAL ASSOCIATION PO BOX 41067 NORFOLK, VA 23541 | Final distribution to claim 6 representing a payment of 6.19 % per court order. | 7100-000 | | $42.91 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $15,500.00 | $15,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,500.00 | $15,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,500.00 | $15,500.00 |

Page Subtotals:    $0.00    $879.53

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5237 - Checking Account (Non-Interest Earn | $15,500.00 | $15,500.00 | $0.00 |
|  | $15,500.00 | $15,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $15,500.00 |
| Total Gross Receipts: | $15,500.00 |